Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

        vs.                                        Crim. No. 2:01CR75-1

Loren Dale DOCKERY

      On 11/23/05 the above named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Loren Dale DOCKERY be discharged from supervision.

                                              Respectfully submitted,

                                by      s/ Mark D. Corbin
                                           Mark D. Corbin
                                           U.S. Probation Officer
                                           Post Office Box 490
                                           100 U.S. Courthouse, 50 Main St.
                                           Bryson City, NC 28713
                                           (828) 488-5083

Approved By:

      s/ B. Beattie Logan III
B. Beattie Logan III
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date:  February 25, 2008

Lacy H. Thornburg
United States District Judge